**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Luis O Rodriguez-Suarez | : | Chapter 7 |
| | : | Case No. 26-10119-PMM |
| Debtor (s) | : | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Debtor, Luis O Rodriguez-Suarez, by and through Attorney Brad J. Sadek, hereby moves

this Honorable Court for an Order allowing Debtor's case to be converted from Chapter 7 to

Chapter 13 and avers the following:

1.     Debtor filed for relief under Chapter 7 of the Bankruptcy code on January 12,

2026.

2.     A 341 Hearing was scheduled on February 11, 2026, and later concluded on

March 25, 2026.

3.     At this time, based on payments made within one year of filing the subject

Chapter 7 matter that a Chapter 13 filing would be most appropriate.

4.     Debtor shall additionally file a Chapter 13 Plan, and the necessary Amended

Schedules to proceed under Chapter 13 of the Bankruptcy Code.

**WHEREFORE**, the Debtor requests an Order allowing his case to be converted from

Chapter 7 to Chapter 13 Bankruptcy.


Dated: April 21, 2026                                          /s/Brad J. Sadek, Esq
                                                             Brad J. Sadek, Esq.
                                                             Attorney for Debtor(s)
                                                             Sadek Law Offices, LLC
                                                             1500 JFK Boulevard, Suite #220
                                                             Philadelphia, PA 19102
                                                             brad@sadeklaw.com
                                                             215-545-0008